1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MIGUEL LEGASPY,                          1:11-cv-02135 MJS (PC)

12              Plaintiff,                    ORDER TO SUBMIT APPLICATION
                                             TO PROCEED IN FORMA PAUPERIS
13       vs.                                 OR PAY FILING FEE WITHIN 45 DAYS

14  REGISTERED NURSE SELLER, et al.,

15              Defendants.
    _____/

16

17       Plaintiff Miguel Legaspy ("Plaintiff") is a state prisoner proceeding pro se in a civil rights

18  action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted

19  an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20       Accordingly, IT IS HEREBY ORDERED that:

21       Within forty-five (45) days of the date of service of this Order, Plaintiff shall submit the

22  attached application to proceed in forma pauperis, completed and signed, or in the alternative,

23  pay the $350.00 filing fee for this action.  **No requests for extension will be granted without**

24  **a showing of good cause**.  Within sixty (60) days of the date of service of this Order, Plaintiff

25  shall submit a certified copy of his/her prison trust statement for the six month period

26  immediately preceding the filing of the complaint.

27  /////

28  /////

-1-

1   **Failure to comply with this Order will result in dismissal of this action.**

2

3   IT IS SO ORDERED.

4   Dated:   __January 3, 2012__          ____/s/ *Michael J. Seng*____
                                          UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28